# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
APR 22 2013
PATRICK KEANEY
Clerk, U.S District Court
By_____
Deputy Clerk

CHARLES DARDEN, )
 )
        Petitioner, )
 )
v. ) CIV-13-150-RAW-KEW
 )
TIM WILKINSON, Warden, )
 )
        Respondent. )

## OPINION AND ORDER

Now before the court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Texas County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

ACCORDINGLY, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred** to the **Western District of Oklahoma** for all further proceedings.

IT IS SO ORDERED this 22nd day of April 2013.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE