**IN THE UNITED STATES DISTRICT COURT FOR THE** F I L E D
**EASTERN DISTRICT OF OKLAHOMA**

APR 2 2 2013

PATRICK KEANEY
Clerk U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| **CHARLES DARDEN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CIV-13-150-RAW-KEW** |
| | ) | |
| **TIM WILKINSON**, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Texas County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

ACCORDINGLY, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred** to the **Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this _22nd_ day of April 2013.

_Ronald A. White_
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**